Dr. V. Ganesh
22000, Darry way
Saratoga, CA.
95070.

FILED
DEC 13 2018
CLERK
United States Bankruptcy Court
San Jose, California

Re. Case # 18-52687.

Re- Bankruptcy court filings.
Withdraw Petition

12/12/18

Dear Sir/Madam,  I very kindly request to withdraw my petition to Bankruptcy court.

I followed the self help online website.

I did not get proper advice on the filing from the website.

I read more about Chapter 13 filing.

It requires to have a Job / Employment & make Income.

Currently, I'm out of work / out of a Job.

I do not make any Income.

Hence, It was a mistake filing.

I kindly request to withdraw my petition filing for Chapter 13.

Thank you

Case: 18-52687   Doc# 8   Filed: 12/13/18   Entered: 12/14/18 09:10:05   Page 1 of 2

# Addendum:

Please I kindly request that the fee $310.00 refunded. Please since it was a mistake, wrong advise by Internet website.

I did not consult with Attorney. My mind was stressed, undergoing hardship currently. I did not realize that Attorney is needed. Also, I did online self help. DIY. Site, c'se I heard Attorneys are Expensive.

Hence please I kindly request to withdraw. Stop all proceedings. Filings.

Thank you

Vikni Ganesh